Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Boris Orlov**, Attorney (CSBN #223532)
Office of the Solicitor
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-5410
    Facsimile:  (213) 894-2064
orlov.boris@dol.gov

Attorneys for the Plaintiff

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS,**<br>   Secretary of Labor,<br>    United States Department of Labor,<br><br>              Plaintiff,<br><br>      v.<br><br>**HOLLYWOOD CAR WASH, INC.,** a California corporation, **CELEBRITY CARWASH, INC.,** a California corporation, **VERMONT CAR WASH, INC.,** a California corporation, **BENNY PIRIAN**, individually and as managing agent of corporate defendants, and **NISAN PIRIAN, aka PIAMAN NISAN PIRIAN,** individually and as managing agent of corporate defendants,<br><br>              Defendants. | Case No.: CV11-8684 SJO(JCx)<br><br>**CONSENT JUDGMENT** |

      Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), and Defendants HOLLYWOOD CAR WASH, INC., a California corporation, CELEBRITY CARWASH, INC., a California corporation, VERMONT CAR WASH, INC., a California corporation, BENNY PIRIAN , individually and as managing agent of corporate defendants, and NISAN PIRIAN, aka PIAMAN NISAN PIRIAN,

individually and as managing agent of corporate defendants, (collectively "Defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

    A.    The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5).

    B.    The Defendants have appeared by counsel and acknowledge receipt of a copy of the Secretary's Complaint.

    C.    The Defendants waive issuance and service of process and waive answer and any defenses to the Secretary's Complaint.

    D.    The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

    E.    The Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that the Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§215(a)(2) and 215(a)(5), in any of the following manners:

1. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40

hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2. Defendants shall not, contrary to FLSA § 6, 29 U.S.C. § 206, pay any employee who in any workweek is engaged in commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), wages at a rate less than $7.25 an hour (or less than the applicable minimum rate as may hereafter be established by amendment to the FLSA).

3. Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

4. Defendants shall amend and maintain their payroll practices to comply with the FLSA. To accomplish the provisions of this paragraph:

    a. Defendants shall record all hours worked by employees in the payroll records.

    b. Defendants shall install punch-in or electronic time clocks at every location and require all employees to punch in their timecards at the start of their shift and punch out at the end of their shift, including punching out for any unpaid bonafide meal periods.

    c. Defendants shall maintain all timecards and payroll records for a period of not less than three years.

    d. Defendants shall reflect all the amounts paid to employees, regardless of the manner of payment, on the payroll records.

    e. Defendants shall pay employees for all compensable waiting time.

f. Defendants shall not direct supervisors or payroll preparers to falsify timecards in any manner including, reducing the number of hours worked by employees.

g. Defendants shall not request, require or otherwise cause employees to sign inaccurate timecards.

h. Defendants shall pay the employees for all compensable time worked even if the employees are sent home early for any reason.

i. Defendants shall not deduct from employee wages or otherwise charge employees for costs of cleaning supplies or any losses caused by customers leaving without paying for the car wash if such charges will result in an employee being paid less than the minimum wage in the pay period in which the charge is made.

j. Defendants shall not deduct from employee wages or otherwise charge employees for the cost of uniforms if such charges will result in an employee being paid less than the minimum wage in the pay period in which the charge is made.

k. Defendants shall not demand or accept a return of any portion of the employees' wages.

l. Defendants shall not threaten, terminate, reduce the pay or otherwise retaliate in any manner against any employee who has asserted his or her rights under the FLSA or who has complained or is suspected to have complained to any government entity regarding violations of the FLSA.

5. On at least an annual basis, Defendants shall hire an independent third party to conduct training at each location of supervisory and administrative employees as to the requirements of the FLSA. Defendants shall maintain documentation of these trainings for a period of four years and provide it to representatives of the Secretary of Labor upon their request. This provision shall be in effect for a period of four years from the date entry of this Judgment by the Court.

6. Every six months during the first year of this judgment and once a year thereafter, Defendants shall allow representatives of the Wage and Hour Division of the U.S. Department of Labor to conduct a training/presentation at each business location as to the requirements of the FLSA. Defendants shall require all employees to attend this training and allow the employees to ask questions and confidentially meet and speak with Wage and Hour representatives. This provision shall be in effect for a period of four years from the date entry of this Judgment by the Court.

7. Within 30 days of the entry of this Judgment Defendants shall supply all of their employees with copies of the attached Exhibit 1, in the employees' native languages, which summarizes terms of this Judgment and the employees' rights under the FLSA. The English, Spanish and Armenian versions are attached. In addition, Defendants shall provide copies of Exhibit 1 to all new hires, and post a copy at each business establishment in an area that is frequented by employees and where it is highly visible. This provision shall be in effect for a period of four years from the date entry of this Judgment by the Court.

8. Within 10 days of the entry of this Judgment, Defendants shall post a copy of this Judgment at each business establishment in an area that is frequented by employees and where it is highly visible. This provision shall be in effect for a period of four years from the date entry of this Judgment by the Court.

ORDERED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended; and, it is further

ORDERED that this Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated: October 25, 2011

_____
U.S. DISTRICT COURT JUDGE

U.S. DISTRICT COURT JUDGE

For the Defendants:

The Defendants hereby appear, waive any defense herein, consent to the entry of this Judgment, and waive notice by the Clerk of Court:

For: Hollywood Car Wash Inc.

By: _____  
Benny Pirian

Date: 10-12-11

Its: __President__

For: Celebrity Car Wash Inc.

By: _____  
Nisan Pirian/Benny Pirian

Date: _____

Its: _____

For: Vermont Car Wash Inc.

By: _____  
Benny Pirian

Date: 10-12-11

Its: __President__

1  For: Benny Pirian

2

3  By: _____/s/_____        10-12-11
4        Benny Pirian, Individually              Date

5

6

7  For: Nisan Pirian, aka, Piaman Nisan Pirian

8

9  By: _____          _____
      Nisan Pirian, Individually              Date
10

11

12

13  Attorneys for the Defendants

14  BLANK ROME LLP

15

16  _____/s/ h. k._____          10-14-11

17  HOWARD M. KNEE, Attorney
18  Blank Rome LLP
    1925 Century Park East, Suite 1900
19  Los Angeles, CA 90067
20  Tel: (424) 239-3439
    Fax: (424) 239-3414
21

22

23

24

25

26

27

28

**Consent Judgment** (Sol #1119377)                                    Page 7 of 9

U.S. DISTRICT COURT JUDGE

For the Defendants:

The Defendants hereby appear, waive any defense herein, consent to the entry of this Judgment, and waive notice by the Clerk of Court:

For: Hollywood Car Wash Inc.

By: _____  _____
    Benny Pirian                       Date

Its: President

For: Celebrity Car Wash Inc.

By: _____  10-14-2011
    Nisan Pirian/Benny Pirian          Date

Its: _____

For: Vermont Car Wash Inc.

By: _____  _____
    Benny Pirian                       Date

Its: President

Consent Judgment (Sol #1119377)

1 | For: Benny Pirian
2
3
4 | By: _____                    _____
   |     Benny Pirian, Individually                              Date
5
6
7 | For: Nisan Pirian, aka, Piaman Nisan Pirian
8
9 | By: _____                    10-14-2011
   |     Nisan Pirian, Individually                              Date
10
11
12
13 | Attorneys for the Defendants
14 | BLANK ROME LLP
15
16 | _____                       _____
17 | HOWARD M. KNEE, Attorney
18 | Blank Rome LLP
   | 1925 Century Park East, Suite 1900
19 | Los Angeles, CA 90067
20 | Tel: (424) 239-3439
   | Fax: (424) 239-3414
21
22
23
24
25
26
27
28

Consent Judgment (Sol #1119377)                                    Page 7 of 9

1  For the Plaintiff:

2  M. PATRICIA SMITH
3  Solicitor of Labor

4  LAWRENCE BREWSTER
5  Regional Solicitor

6  DANIEL J. CHASEK
7  Associate Regional Solicitor

8  
9  _____     10-18-11
   BORIS ORLOV, Attorney          Date
10 Attorneys for the Plaintiff
11 U.S. Department of Labor

Exhibit 1

## LEGAL NOTICE TO ALL EMPLOYEES

The **Fair Labor Standards Act** provides that all employees must be paid **minimum wage** for all hours worked.  In addition, employees must be paid **overtime**, at a rate of time and one half their regular rate, for the hours they work over 40 in a workweek.  All employees, whether they are paid **hourly** or on a **piece or flat rate** basis are entitled to overtime when they work over 40 hours.

To resolve a lawsuit brought by the **Department of Labor**, the **United States District Court** entered an Order forbidding **Hollywood Car Wash, Inc.**, **Celebrity Car Wash, Inc., Vermont Car Wash Inc.,** from violating the minimum wage or overtime requirements of the **Fair Labor Standards Act**.  All employees who work in this establishment can help the employer not to violate the Court's Order.  **If you think you are not being paid in accordance with the law, call the U.S. Department of Labor, Wage and Hour Division, at (213) 894-6375 and your name will be kept confidential.**

**Consent Judgment** (Sol #1119377)                                                                 Page  11 of 13

# NOTICIA LEGAL A TODOS LOS EMPLEADOS

La ley de el **Fair Labor Standards Act** determina que se les debe de pagar a todos los empleados el **sueldo mínimo** por todas las horas que ellos trabajen. A su vez, también estipula que todo empleado que trabaje extra, más de 40 horas en una semana laboral, se les deberá pagar **a tiempo y medio** de lo que ganen por cada hora extra trabajada. Todos los empleados, independientemente de que se les pague por **hora** o por **pieza**, tienen derecho a que se les pague el tiempo extra cuando trabajan más de 40 horas en una semana laboral.

Para resolver una demanda laboral iniciada por el **Departamento Del Trabajo**, la **Corte de Distrito de los Estados Unidos** expidió una orden que prohíbe a **Hollywood Car Wash Inc., y Celebrity Car Wash Inc., Vermont Car Wash Inc.,** de violar los requisitos de pago de el sueldo minimo y de el pago de sobretiempo que estipula la ley de el **Fair Labor Standards Act**.

Todos los empleados que trabajan en éste establecimiento pueden ayudar a que este empleador no viole la orden de la Corte. **Si usted piensa que no le están pagando de acuerdo a la ley, por favor llame al Departamento del Trabajo de los Estados Unidos, Division de Horas y Salarios, al (213) 894-6375. Su llamada será confidencial.**

# Օրինական Տեղեկություն Բոլոր Աշխատողներին

Արդար Աշխատանքի Չափանիշների Ակտը **(Fair Labor Standards Act)** պահանջում է որ բոլոր աշխատողները պետք է վճարվեն նվազագույն աշխատավարձով բոլոր աշխատած ժամերի համար: Բացի այդ, աշխատողները պետք է վճարվեն շաբաթական 40 ժամից ավել աշխատած յուրաքանչյուր հավելյալ ժամի համար սովորական ժամավարձի առնվազն 1.5 անգամ ավելին: Բոլոր աշխատողները, անկախ նրանից թե ինչպես են վճարվում, ժամական կամ հատական կամ սովորական շաբաթական աշխատավարձով, իրավունք ունեն ստանալու հավելյալ վճարում, երբ աշխատում են 40 ժամից ավելի մեկ շաբաթվա ընթացքում:

Աշխատանքային Վարչության (Department of Labor-ի) կողմից առաջադրված մեղադրանքը լուծելու համար, Միացյալ Նահանգների Դատարանը (United States District Court-ը) պահանջում է Hollywood Car Wash, Inc.-ին, Celebrity Car Wash, Inc.-ին, Vermont Car Wash, Inc.-ին, և _____-ին չխախտել Fair Labor Standard Act-ի կանոնները և կանխել նվազագույն աշխատավարձի և հավելյալ ժամավարձի խախտումները: Յուրաքանչյուր աշխատող, ով աշխատում է այս հաստատությունում կարող է օգնել տիրոջը չխախտել դատարանի հրամանը: Եթե կարծում եք չեք վճարվում օրենքի համաձայն, կարող եք զանգահարել Department of Labor, Wage and Hour Division (213) 894-6375 և Ձեր անունը գաղտնի կմնա:

**Consent Judgment** (SOL #1119377)  Page 1 of 1